UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DRAMA FAMILY ENTERTAINMENT, INC.,

                              Plaintiff,

        -against-

MARY J. BLIGE, INTERSCOPE GEFFEN A & M
RECORDS, A DIVISION OF UMG RECORDINGS,
INC., AND THERON FEEMSTER p/k/a "NEFF-U",

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.

**Rule 7.1 Statement**



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable

District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Drama Family Entertainment, Inc. (a private non-

governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of

said party, which are publicly held.

Dated:     New York, New York
             August 5, 2008

                              CAPLAN & ROSS, LLP

                      By:_____

                           Brian D. Caplan
                           Jonathan J. Ross
                    Attorneys for Plaintiff
                    100 Park Avenue, 18th Floor
                    New York, New York  10017
                    (212) 973-2376